300

SYNANON FOUNDATION, INC., ET AL. v.
CALIFORNIA.

No. 607. Decided February 20, 1961.

*Robert W. Kenny* for appellants.

*Robert G. Cockins* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.

BROOKS v. SOUTH CAROLINA.

No. 610, Misc. Decided February 20, 1961.

*J. Bratton Davis* for appellant.

PER CURIAM.

The appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.